# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 11, 2020

## NO. 03-20-00413-CV

**M. A. R. G., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM 146TH DISTRICT COURT OF BELL COUNTY
## BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH
## AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
## OPINION BY JUSTICE GOODWIN

This is an appeal from the de novo order signed by the trial court on August 13, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's de novo order. Therefore, the Court reverses that portion of the trial court's de novo order concerning M.A.R.G.'s children; we affirm the trial court's de novo order to the extent it concerns M.A.R.G.'s children's half-sibling. We remand the case to the trial court for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.